Stuart M. Price (SBN 150439)
Price Law Group, APC
15760 Ventura Blvd., Suite 800
Encino, CA 91436
T: (818) 907-2030
F: (818) 205-2730
E: stuart@pricelawgroup.com
Attorneys for Plaintiff,
Janet Velasquez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janet Velasquez, | Case No.: 2:16-cv-05077-ODW-JEM |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Nationstar Mortgage LLC, | |
| Defendant(s). | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Janet Velasquez, and Defendant, Nationstar Mortgage LLC, have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next thirty (30) days. The parties also request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

//

- 1 -

NOTICE OF SETTLEMENT

DATED this 29th day of August, 2016

**PRICE LAW GROUP, APC**

By: /s/ Stuart M. Price
Stuart M. Price (SBN150439)
stuart@pricelawgroup.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/ Florence Lirato